Order Form (01/2005)

# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 03 CR 90-1,2,3,4,8,14,16 | DATE | 4/25/2008 |
| CASE TITLE | USA vs. Fernando Delatorre, et al. | | |

**DOCKET ENTRY TEXT**

The Clerk of Court is directed to file the original notes from the jury under seal. Redacted copies (without jurors names) will be made part of the record.

*Docketing to mail notices.*

| | Courtroom Deputy Initials: | RO |
|---|---|---|